UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK  Attorney: CILENTI & COOPER, PLLC.

SAMUEL DIOS, ETANO

                                                Plaintiff(s)

Index # ′ 15 Civ. 1132 (WOODS)

- against -

Purchased February 18, 2015

PASTA & POTATOES, INC. DOING BUSINESS AS VILLAGE LANTERN, OR ANY OTHER BUSINESS ENTITY DOING BUSINESS AS VILLAGE LANTERN

                                                Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 26, 2015 at 08:18 PM at

167 BLEECKER STREET
NEW YORK, NY10012

deponent served the within SUMMONS AND COMPLAINT on PASTA & POTATOES, INC. DOING BUSINESS AS VILLAGE LANTERN therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to PETER LEE personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BLACK | 35 | 6'1 | 220 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: February 27, 2015

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2015

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2015

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2015

**ANDRE MEISEL**
License #: 1372356
Invoice #: 618810

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 (212) 619-0728 NYCDCA#1102045