UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMUEL DIOS and VICENTE ROMANO PICHON,
on behalf of themselves and others similarly situated,

Plaintiffs,

-against-

PASTA & POTATOES, INC., doing business as
VILLAGE LANTERN, or any other business entity
doing business as VILLAGE LANTERN, located at
167 Bleecker Street, New York, NY 10012,
CAROL BRADY, EDWARD BRADY,
and NANCY BRADY,

Defendants.

Case No.: 15 cv 1132
(GHW)

**CLERK'S CERTIFICATE OF DEFAULT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/15

---

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on February 20, 2015 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendants Pasta & Potatoes, Inc., doing business as Village Lantern, by serving Peter Lee, a general agent authorized to accept service, on February 26, 2015, and proof of such service thereof was filed on March 23, 2015; and on Carol Brady, by serving Peter Lee, a co-worker and person of suitable age and discretion, on February 26, 2015, with a follow-up mailing to Carol Brady at her actual place of business on February 27, 2015, and proof of such service was filed on March 23, 2015; and on Edward Brady, by serving Peter Lee, a co-worker and person of suitable age and discretion, on February 26, 2015, with a follow-up mailing to Edward Brady at his actual place of business on February 27, 2015, and proof of such service was filed on March 23, 2015; and on Nancy Brady, by serving Peter Lee, a co-worker and person of suitable age and discretion, on

February 26, 2015, with a follow-up mailing to Nancy Brady at her actual place of business on February 27, 2015, and proof of such service was filed on March 23, 2015. I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendants Pasta & Potatoes, Inc., dba Village Lantern, Carol Brady, Edward Brady, and Nancy Brady, hereby is noted.

Dated: New York, New York
April 21, 2015

RUBY J. KRAJICK
Clerk of the Court

By: _____
Deputy Clerk