UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL DIOS and VICENTE PICHON, on behalf of themselves, and others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>PASTA & POTATOES, INC., doing business as VILLAGE LANTERN, or any other  business entity doing business as VILLAGE LANTERN, located at 167 Bleecker Street, New York, NY 10012, CAROL BRADY, EDWARD BRADY, and NANCY BRADY,<br><br>Defendants. | Case No. 15 cv 1132 (GHW)<br><br>**ORDER TO SHOW CAUSE**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 4/27/15 |

GREGORY H. WOODS, United States District Judge

Upon the declaration of Peter H. Cooper dated April 27, 2015, it is hereby

ORDERED that the defendants, Pasta & Potatoes, Inc., doing business as Village Lantern, or any other business entity doing business as Village Lantern, located at 167 Bleecker Street, New York, NY 10012, and Carol Brady, Edward Brady and Nancy Brady, show cause before the Honorable Gregory H. Woods in Courtroom 12C of the United States Courthouse, 500 Pearl Street, New York, New York 10007, at 4:00 on May 20, 2015 why an order for default judgment should not be entered against Pasta & Potatoes, Inc., doing business as Village Lantern, or any other business entity doing business as Village Lantern, located at 167 Bleecker Street, New York, NY 10012, and Carol Brady, Edward Brady and Nancy Brady, for failing to serve and file an Answer after having been served with the Summons and Complaint herein; and, it is further

ORDERED that any response by Pasta & Potatoes, Inc., doing business as Village Lantern, or any other business entity doing business as Village Lantern, located at 167 Bleecker Street, New York, NY 10012, and Carol Brady, Edward Brady and Nancy Brady is to be served and filed by 5:00 p.m. on May 18, 2015 _____; and, it is further

ORDERED that Plaintiffs shall serve by personal delivery, a copy of this order, together with Plaintiffs' supporting affidavit and exhibits on Pasta & Potatoes, Inc., doing business as Village Lantern, or any other business entity doing business as Village Lantern, located at 167 Bleecker Street, New York, NY 10012, and Carol Brady, Edward Brady and Nancy Brady, ~~located at 167 Bleecker Street, New York, NY 10012,~~ on or before May 4, 2015 _____.

Dated: New York, New York
April 27, 2015

SO ORDERED:

_____
Gregory H. Woods, U.S.D.J.

2