UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMUEL DIOS and VICENTE ROMANO PICHON,
on behalf of themselves and others similarly situated,

Plaintiffs,

-against-

PASTA & POTATOES, INC., doing business as
VILLAGE LANTERN, or any other business entity
doing business as VILLAGE LANTERN, located at
167 Bleecker Street, New York, NY 10012,
CAROL BRADY, EDWARD BRADY,
and NANCY BRADY,

Defendants.

Case No.: 15 cv 1132
(GHW)

**CERTIFICTE OF SERVICE**

---

I hereby certify that separate copies of the court's Order to Show Cause dated April 27, 2015; the supporting affidavit of plaintiff Samuel Diaz; the supporting affidavit of plaintiff Vicente Romano Pichon; the declaration of Peter H. Cooper, Esq., with exhibits; and, the Memorandum of Law in support of plaintiffs' motion for a default judgment, have been served upon the following parties by delivering same to Marissa Shell, on the 28th of April, 2015, at 5:15 p.m., an agent of the bar/restaurant and a co-worker of the individual defendants, who confirmed that she was authorized to accept delivery on their behalf, at the following address:

Village Lantern
167 Bleecker Street
New York, NY 10012

Carol Brady
167 Bleecker Street
New York, NY 10012

Edward Brady
167 Bleecker Street
New York, NY 10012

Nancy Brady
167 Bleecker Street
New York, NY 10012

Executed on April 29, 2015, at New York, New York.

PETER H. COOPER