# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com
www.jcpclaw.com

April 29, 2015

**REQUEST FOR ADJOURNMENT**

**BY ECF**

Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Dios v. Pasta & Potatoes, Inc., et. al.*
               *Case No. 15-Civ.-1132 (GHW)*

Dear Judge Woods,

    We represent the plaintiffs in the above-referenced matter. There is a conference scheduled for May 4, 2015.

    Unfortunately, the defendants are in default and the court has issued an order to show cause returnable on May 20, 2015 at 4:00 p.m. As such we respectfully ask the court to adjourn the May 4th conference. No other dates will be affected.

    We have already served a copy of the court's order and supporting papers on the defendants, and also enclose another copy by cc with this correspondence.

    Thank you for your consideration of this matter.

                             Respectfully submitted,

                             */S/ Peter H. Cooper*

                             Peter H. Cooper

Gregory H. Woods
April 29, 2015
Page 2

cc: Carol Brady
167 Bleecker Street
New York, NY 10012

Edward Brady
167 Bleecker Street
New York, NY 10012

Nancy Brady
167 Bleecker Street
New York, NY 10012

Village Lantern
167 Bleecker Street
New York, NY 10012

Case 1:15-cv-01132-GHW   Document 16   Filed 04/29/15   Page 2 of 2