```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/30/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAMUEL DIOS and VICENTE ROMANO
PICHON, on behalf of themselves and other
similarly situated,

                             Plaintiffs,

-v -

PASTA & POTATOES, INC., doing business as
VILLAGE LANTERN, or any other business entity
doing business as VILLAGE LANTERN, located at
167 Bleecker Street, New York, NY 10012, CAROL
BRADY, EDWARD BRADY, and NANCY
BRADY,

                             Defendants.
------------------------------------------------------------------X

1:15-cv-1132-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      The Court has received plaintiffs' letter requesting an adjournment of the initial pretrial conference currently scheduled for May 4, 2015. Dkt. No. 16. The request is granted. The initial pretrial conference is adjourned *sine die*. Defendants will have an opportunity to appear and defend themselves in this action at the hearing on plaintiffs' pending motion for default judgment scheduled for **May 20, 2015** at **4:00 p.m**. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

      Plaintiffs are ordered to serve this order on defendants forthwith and to retain proof of service.

      The Clerk of Court is instructed to terminate the motion pending at docket number 16.

      SO ORDERED.

Dated: April 30, 2015
New York, New York

                                                     _____
                                                       GREGORY H. WOODS
                                                     United States District Judge