UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
: 
SAMUEL DIOS and VICENTE ROMANO PICHON, *on behalf of themselves and others similarly situated*,
:   Case No. 15-cv-01132 (GHW)
:
         Plaintiffs,
:
         v.
:   **NOTICE OF LIMITED APPEARANCE**
PASTA & POTATOES, INC., d/b/a VILLAGE LANTERN*, or any other business entity doing business as* VILLAGE LANTERN*, located at 167 Bleecker Street, New York, NY 10012*, CAROL BRADY, EDWARD BRADY and NANCY BRADY,
:
:
:
         Defendants.
:
------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, the undersigned appears as counsel for Defendants, in the above-referenced action **for purposes of settlement only** and respectfully request that copies of all things and other documents be served upon the undersigned at the address set forth below.

Dated:   New York, New York
            May 18, 2015

                                    **TARTER KRINSKY & DROGIN LLP**
                                    *Attorneys for Defendants for Purposes of Settlement*

                                    By:   __s/ Richard L. Steer_____
                                              Richard L. Steer (RS0300)
                                              1350 Broadway, 11th Floor
                                              New York, New York 10018
                                              (212) 216-8000
                                              rsteer@tarterkrinsky.com