

**Tarter Krinsky & Drogin LLP**
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Richard L. Steer**
**Partner**
**(212) 216-8070**
rsteer@tarterkrinsky.com

May 18, 2015

<u>**VIA ECF**</u>

Judge Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

      Re:   <u>Dios et al. v. Pasta & Potatoes, Inc. et al.</u>
              <u>Case No.  15-cv-01132 (GHW)</u>

Dear Judge Woods:

      We have made a limited appearance as counsel for Defendants for purposes of settlement in the above referenced matter.  We write on behalf of Plaintiffs and Defendants to respectfully request that the hearing on Plaintiffs' pending motion for default judgment, scheduled for May 20, 2015, at 4:00 p.m. (see Dkt. 17), be cancelled and that the Order to Show Cause adjourned sine die. In addition, we are respectfully requesting this matter be referred to Magistrate Judge Frank Maas for purposes of settlement and that a settlement conference is scheduled at Magistrate Judge Maas's earliest convenience.

      We thank the Court for its attention and courtesies in this matter.

                            Respectfully submitted,

                            **TARTER KRINSKY & DROGIN LLP**

                            By:  __/s Richard L. Steer_____
                                   Richard L. Steer

cc:   **CILENTI & COOPER PLLC**
       *Attorneys for Plaintiffs*
       Peter Cooper (via ECF)