

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard L. Steer
Partner
(212) 216-8070
rsteer@tarterkrinsky.com

May 26, 2015

**VIA ECF**

Judge Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re:   Dios et al. v. Pasta & Potatoes, Inc. et al.
      **Case No. 15-cv-01132 (GHW)**

Dear Judge Woods:

Pursuant to the Court's directions on May 20, 2015, we write to provide the Court with the counsel for the parties' dates of unavailability to attend an initial conference in August 2015. This letter is submitted on consent of Plaintiffs' counsel.

Counsel for the parties are unavailable to attend an initial conference from August 3-7, and August 13-21, 2015. Additionally, counsel for the parties are available for an initial conference in September 2015, if that is more convenient for Your Honor.

We thank the Court for its attention and courtesies in this matter.

Respectfully submitted,

**TARTER KRINSKY & DROGIN LLP**

By: __s/Richard L. Steer_____
     Richard L. Steer

cc:   **CILENTI & COOPER P.L.L.C.**
      *Attorneys for Plaintiffs*
      Peter Hans Cooper (via ECF)

00940591.DOC