UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Samuel Diaz, et al.,

                Plaintiff(s),

       -against-

Pasta & Potatoes, Inc., d/b/a
Village Lantern, et al.,
                Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/15

<u>ORDER OF DISCONTINUANCE</u>

15 Civ. 1132 (GHW) (FM)

       It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

       ORDERED that said action be and hereby is discontinued with/~~without~~ prejudice and with/without costs; provided, however, that within 60 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:     New York, New York
                   July 20, 2015

                                                          _____
                                                               FRANK MAAS
                                                 United States Magistrate Judge

_____
Attorney(s) for Plaintiff
Peter Cooper

Jarter Krinsky & Drogin LLP
By: Richard L. Steer
_____
Attorney(s) for Defendant
Richard L. Steer

Agreed and Consented to:

_____
Vincente Romano Pichon

Agreed and Consented to:

_____
Edward Brady      Nancy Brady